FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00478-CR

EX PARTE CEDRIC RICHARDSON

---

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1503620D

---

### ORDER

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals of State's Exhibit No. 39 (DVD - Trueview video), State's Exhibit No. 103 (CD - 9-1-1 call), State's Exhibit No. 155 (DVD - cell phone records), State's Exhibit No. 165 (CD - record only), State's Exhibit No. 187 (Thumb drive-defendant interview - record only), State's Exhibit No. 188 (DVD, cell phone records), and State's Exhibit No. 199 (Flash Drive) from **trial court case number 1485668D** to this court no later than **Tuesday, December 15, 2020.**

These exhibits will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

FILE COPY

Dated December 8, 2020.

Per Curiam

FILE COPY